UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HIEN HUU TRAN,<br><br>         Petitioner,<br><br>      v.<br><br>KRISTI NOEM, et al.,<br><br>         Respondents. | Case No. 5:26-cv-00646-ODW-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); the Order Denying TRO (Dkt. 9); Respondents' Answer to the Petition (Dkt. 10); Petitioner's Reply (Dkt. 11); the Report and Recommendation of the magistrate judge (Dkt. 15); and Petitioner's Objections to the Report (Dkt. 16). The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

/ / /

/ / /

IT IS THEREFORE ORDERED THAT Judgment shall be entered denying and dismissing the Petition, with Grounds One and Two dismissed with prejudice, and Ground Three dismissed without prejudice.

Dated:  May 12, 2026            _____

OTIS D. WRIGHT
United States District Judge