UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| HIEN HUU TRAN, | ) | Case No. 5:26-cv-00646-ODW-JDE |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KRISTI NOEM, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that this action is dismissed in its entirety, with Grounds One and Two of the Petition dismissed with prejudice, and Ground Three dismissed without prejudice.

Dated: May 12, 2026

_____
OTIS D. WRIGHT
United States District Judge